**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FASTVDO LLC, | ) |
| | ) |
| Plaintiff, | )    C.A. No. 12-1418 (RGA) |
| v. | ) |
| | ) |
| HARMONIC INC., | ) |
| | ) |
| Defendant. | ) |

**~~PROPOSED~~ ORDER**

Plaintiff FastVDO and Defendant Harmonic Inc. (together, the "Parties") have announced to the Court that they have settled their claims and counterclaims for relief asserted in this case and request dismissal of the case as between them. The Court, having considered this request, is of the opinion that the Parties' request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that all claims and counterclaims between the Parties made in this case are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SO ORDERED this 10th day of Jan 2014.

THE HONORABLE RICHARD G. ANDREWS

3

*DEL 86478450v1*